# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **STEVE DAFNIS,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**AMTRVST REO I, LLC,**<br><br>        Defendant. | Case No.: SACV 12-00870-CJC(ANx)<br><br>**FINAL JUDGMENT** |

      This matter came before the Court for a one-day bench trial on June 19, 2014. On July 29, 2014, the Court, after reviewing all of the evidence, testimony, and arguments presented by counsel, found in favor of Defendant Amtrvst REO I, LLC ("Amtrvst") on Plaintiff Steve Dafnis's claims. In accordance with the Court's July 29, 2014

1  Memorandum, IT IS HEREBY ORDERED that all relief is denied and judgment is
2  entered in favor of Amtrvst and against Mr. Dafnis on Mr. Dafnis's Complaint.

5  DATED:    July 29, 2014

8  CORMAC J. CARNEY
9  UNITED STATES DISTRICT JUDGE